**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-7156**
_____

AZANIAH BLANKUMSEE,

                    Plaintiff - Appellant,

          v.

DEPARTMENT OF CORRECTIONS; BOBBY SHEARIN, Warden of NBCI; A.
RODERICK, Case Management Manager; S. JOHNSON, Case
Management Specialist,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge. (8:13-
cv-02507-PWG)

_____

Submitted:  December 16, 2014      Decided:  December 18, 2014

_____

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Azaniah Blankumsee, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azaniah Blankumsee appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Blankumsee's motion for appointment of counsel and affirm for the reasons stated by the district court. Blankumsee v. Dep't of Corr., No. 8:13-cv-02507-PWG (D. Md. filed July 22, 2014; entered July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED